| Case No. | **CV 16-5282-DMG (RAOx)** | Date | February 26, 2020 |
|---|---|---|---|
| Title | ***Brandon Boll v. Darren R. Jamison, et al.*** | Page | 1 of 2 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS — ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION [23]**

This is a shareholder derivative action that has been related to another case, *In re Capstone Turbine Corp. Securities Litigation*, Case No. 2:15-cv-08914-DMG-RAO ("*Capstone Securities Litigation*").

In its August 22, 2016 Order [Doc. # 23] and in response to parties' stipulation [Doc. # 18], this Court stayed these proceedings pending resolution of a motion to dismiss in the *Capstone Securities Litigation*. The Court's order further provided:

> This action, including all deadlines and hearings, is hereby stayed until the motion(s) to dismiss in the [*Capstone Securities Litigation*] Class Action is either granted with prejudice or denied in whole or in part . . . . Within 30 days of the expiration of the stay described above, the Parties shall jointly submit to the Court a proposed schedule for further proceedings in this action

[Doc. # 23 at 2.]

This Court denied the motion to dismiss in the *Capstone Securities Litigation* on February 9, 2018. [*See* CV 15-8914, Doc. # 90.] The *Capstone Securities Litigation* was closed on November 15, 2019 following a class action settlement. [*See* CV 15-8914, Doc. # 134.]

No relevant further action has since been taken in this action. Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution.

By no later than **March 12, 2020**, Plaintiffs shall file a response indicating whether they intend to continue to pursue any claims raised this action and, if so, Plaintiffs shall propose a schedule for further proceedings.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 16-5282-DMG (RAOx) | Date | February 26, 2020 |
|---|---|---|---|
| Title | *Brandon Boll v. Darren R. Jamison, et al.* | Page | 2 of 2 |

      **Plaintiffs' failure to file a response by the above-indicated date shall result in dismissal of this action with prejudice for lack of prosecution.**

**IT IS SO ORDERED.**