JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BOLL, DERIVATIVELY AND ON BEHALF OF CAPSTONE TURBINE CORP, <br><br> Plaintiff, <br><br> v. <br><br> DARREN R. JAMISON, NOAM LOTAN, GARY J. MAYO, GARY D. SIMON, ELIOT G. PROTSCH, HOLLY A. VAN DEURSEN, DARRELL J. WILK, RICHARD K. ATKINSON, JOHN V. JAGGERS, JAYME L. BROOKS, AND EDWARD I. REICH, <br><br> Defendants, <br><br> and <br><br> CAPSTONE TURBINE CORP., <br><br> Nominal Defendant. | Case No.: CV 16-5282-DMG (RAOx) <br><br> **ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) AND 23.1(c) WITH PREJUDICE [35]** |

This Court, having considered the Request for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a) and 23.1(c) With Prejudice ("Dismissal Request"), HEREBY ORDERS as follows:

1. The Dismissal Request is GRANTED. The above-captioned action, *Boll v. Jamison, et al.*, Case No. 2:16-cv-05282 (C.D.Cal.) (the "*Boll* Action"), is dismissed with prejudice.

2. Notice of the dismissal of the above-captioned action to Capstone Turbine Corp. ("Capstone") shareholders is not required as Capstone shareholders were already provided notice of the settlement of the related, consolidated action, *In re Capstone Turbine Corp. Stockholder Derivative Litigation,* Master File No. CV 16-01569-DMG (RAOx) (C.D.Cal.) (the "Consolidated Action"), which included resolution of the *Boll* Action and had an opportunity to object to the settlement. Pursuant to the terms of the Stipulation of Settlement in the Consolidated Action, Plaintiff would seek dismissal of the *Boll* Action with prejudice.

**IT IS SO ORDERED.**

DATED: November 9, 2020   _____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE